IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RUBY J. WATTS**                                                                                            **PLAINTIFF**

v.                              CASE NO.: 5:16-CV-00302-JM-BD

**ADMINISTRATIVE OFFICES
OF THE COURTS, et al.**                                                                        **DEFENDANTS**

## ORDER

Pending is Ms. Watts's motion to amend.[1] (Docket entry #5)  Although it is not clear, it appears that Ms. Watts seeks to add Marty Garrity as a defendant.  Ms. Watts's motion (#5) is GRANTED.  The Clerk's office is directed to add Ms. Garrity as a Defendant in this case.

IT IS SO ORDERED this 2nd day of February, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Judge Moody has referred this case for consideration and determination of all pretrial matters.  (#6)