IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RUBY J. WATTS                                                       PLAINTIFF

v.                    CASE NO.: 5:16-CV-00302-JM-BD

ADMINISTRATIVE OFFICE
OF THE COURTS, et al.                                   DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After a careful consideration of the Recommendation, Ms. Watts's timely objections, and upon a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Director Garrity's motion to dismiss (docket entry #14) is GRANTED, and the claims against her are DISMISSED, without prejudice.

IT IS SO ORDERED, this 5th day of May, 2017.

_____
UNITED STATES DISTRICT JUDGE