IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RUBY J. WATTS**                                                              **PETITIONER**

**V.**              **CASE NO. 5:16-CV-302-JM-BD**

**ADMINISTRATIVE OFFICES**
**OF THE COURTS**, *et al*.                                          **RESPONDENT**

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful review of the Recommendation, Ms. Watts's timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects. Even using the 120 day time limit for obtaining service as argued by Plaintiff in her objections, she still has not identified the John Doe Defendant(s) or obtained service on the Administrative Office of the Courts.

Ms. Watts's claims against the AOC and Doe Defendants are DISMISSED, without prejudice.

IT IS SO ORDERED, this 9th day of April, 2018.

                                                     UNITED STATES DISTRICT JUDGE