IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RUBY J. WATTS**                                                                                  **PLAINTIFF**

v.                            CASE NO. 5:16-CV-302-JM-BD

**Administrative Office of the Courts: John
Stewart, Director of Finances and
Administration, individually and official
capacity; Andrea Lea, Auditor of State,
individually and in her official capacity;
Legislative Bureau Members of                                                DEFENDANTS
Administration Office of the Court**

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Come now Defendants John Stewart and Andrea Lea, and for their Motion for Summary Judgment, state as follows:

1. Defendants have separately filed a Memorandum Brief in Support of Motion for Summary Judgment.

2. Defendants have filed a Statement of Undisputed Material Facts pursuant to Local Rule 56.1.

3. Defendants attach the following Exhibits in Support of their Motion:

Exhibit A – Declaration of Sam Kauffman,

Exhibit B - Letter from the Arkansas Attorney General's office to Watts, from May 15, 2015 (D.E. 22, pages 36-45);

Exhibit C - Arkansas State Trial Court Employment Guide (2016);

Exhibit D - Decision of the Arkansas Department of Workforce; and

Exhibit E – Plaintiff's Deposition Transcript.

4. There are no genuine issues of material fact remaining and Plaintiff's lawsuit should be dismissed with prejudice.

*WHEREFORE,* Defendants respectfully ask this Court to grant their Motion for Summary Judgment, dismiss Plaintiff's case with prejudice, and for all other relief to which they are entitled.

Respectfully submitted,

Leslie Rutledge

Attorney General

By:  /s/ Maryna O. Jackson
Maryna O. Jackson
Arkansas Bar No. 2009111
Assistant Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas 72201
Telephone: (501) 683.3296
Fax: (501) 682.2591
maryna.jackson@arkansasag.gov
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I, Maryna O. Jackson, Assistant Attorney General, hereby certify that on February 1, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to any CM/ECF participants.

I, Maryna O. Jackson, Assistant Attorney General, do hereby certify that on February 1, 2019, I mailed the document by United States Postal Service to the following non CM/ECF participants.

Ruby Watts
9449 Princeton Pike,
Pine Bluff, AR  71602

/s/ Maryna O. Jackson
Maryna O. Jackson