IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

**RUBY J. WATTS**     **PLAINTIFF**

vs.     No. 5:16-cv-302-JM-BD

**ADMINISTRATIVE OFFICE OF
THE COURTS, ET AL.**     **DEFENDANTS**

<u>ORDER</u>

This case was tried before a jury on June 14-15th, 2021. At the close of Plaintiff's case, Defendants moved for a directed verdict. After hearing arguments of counsel, the motion was granted for the reasons stated on the record. A separate judgment will be entered.

IT IS SO ORDERED this 16th day of June, 2021.

_____
James M. Moody Jr.
United States District Judge