IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

**RUBY J. WATTS**  **PLAINTIFF**

vs.  No. 5:16-cv-302-JM-BD

**ADMINISTRATIVE OFFICE OF**
**THE COURTS, ET AL.**  **DEFENDANTS**

<u>JUDGMENT</u>

At the close of Plaintiff's case in chief, the Court granted Defendants' motions for directed verdict on all claims. Judgment is entered in favor of Defendants, and Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED this 16th day of June, 2021.

_____
James M. Moody Jr.
United States District Judge